# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

Civil No. 1:06-cv-00129

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MELODY GOSNELL (AKA MELODY HAMILTON) AND J.H., A MINOR, by and through his guardian *ad litem*, MELODY GOSNELL <br><br> Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE** |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Dismiss without Prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees.

Signed: October 30, 2007

Lacy H. Thornburg
United States District Judge